AO 91 (Rev 8/01)    Criminal Complaint

~~United States Courts~~

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

Southern District of Texas
FILED
*September 28, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
V.
**Ricardo Barrera Jr.**

YOB:  2002   COB:  United States

## CRIMINAL COMPLAINT

Case Number:
**M-22-1910-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **September 27, 2022** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
knowing or in reckless disregard of the fact that Pedro Maradiaga-Lainez and Andres Molina-Escoto, both citizens and nationals of of Honduras, whom had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On September 27, 2022, at approximately 7:49 pm Rio Grande City Border Patrol Station Tactical Operation Center (RGC TOC) advised agents near Roma, Texas of suspected undocumented aliens traveling north from the Rio Grande River. Agents in the area responded and observed a Dodge Charger pick-up two subjects. The agent continued to observe the Charger travel north a short distance, stop, two subjects leave the vehicle and conceal themselves in some brush alongside the road prior to losing sight.
Minutes later another agent in the area located the Dodge Charger near a carwash approximately two blocks from where the two undocumented aliens were encountered in the brush. The agent performed a vehicle stop and identified the driver as Ricardo Barrera Jr., a United States citizen. While interviewing the driver, the agent observed a significant amount of mud inside the rear of the vehicle.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA L. Fry

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4. 1, and probable cause found on:

/s/ Eric T. Pratt
Signature of Complainant

Eric T. Pratt        Border Patrol Agent
Printed Name of Complainant

September 28, 2022   at 3:02 p.m.               at      McAllen, Texas
Date                                                    City and State

J. Scott Hacker                   , U. S. Magistrate Judge
Name and Title of Judicial Officer                      Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-22-1910-M

RE: Ricardo Barrera Jr.

**CONTINUATION:**
**PRINCIPAL STATEMENT:**
Ricardo Barrera Jr. was advised of his Miranda Rights. He stated he understood his rights and agreed to provide any statements without legal counsel.

Barrera Jr. stated he was just driving around in his friend's car. Barrera Jr. indicated he did not pick up illegal aliens.

**MATERIAL WITNESSES STATEMENTS:**

Pedro Arturo Maradiaga-Lainez and Andres Molina-Escoto, both citizens and nationals of Honduras, were read their Miranda rights. Both understood and agreed to provide a sworn statement.

Pedro Arturo Maradiaga-Lainez stated his family made his smuggling arrangements and paid $7,000 of a total of $14,000. Maradiaga indicated he crossed the river by wading along with another subject and a guide. Maradiaga stated once they arrived, the guide instructed them to walk towards a tree next to a house and wait until a four-door truck picked them up. Maradiaga indicated they waited about thirty (30) minutes. Maradiaga stated a Dodge stopped in front of them and they boarded the Dodge. Maradiaga said the driver told them to duck down. Maradiaga indicated the vehicle stopped and told them to get out of the vehicle. Maradiaga described the vehicle as a grey four-door Dodge. Maradiaga said they identified all style of vehicles as trucks.
Maradiaga identified Ricardo Barrera Jr., through an official CBP photo array, as the driver of the vehicle.

Andres Molina-Escoto stated he crossed the river by wading along with another subject and a guide. Once they arrived in the U.S., the guide instructed to run towards a location and to wait for pick up. Molina indicated they waited about thirty (30) minutes before they were picked up. Molina said a vehicle stopped near them. Molina said the subject with him ran towards the vehicle, he followed and boarded the vehicle. Molina described the vehicle as a grey four-door vehicle. Molina said moments later the driver stopped the vehicle and told them to get out of the vehicle. Molina stated they got out of the vehicle, ran, and hid.